**DeAnthony A. NASH, Appellant,**

v.

**PRISON INDUSTRIES OF MINNESOTA; Sheryl Ramstad Hvass, Commissioner of Department of Corrections of Minnesota; Board of Governors of the Corrections Corporation of America; Dennis E. Bradby, Vice President**

of Inmate Programs of Corrections Corporation of America; Timothy O'Dell, Sued as R. Tim O'Dell, Warden of Prairie Corrections Facility of America; Jacobs Trading Company; J. Berger, of Prairie Correctional Facility; Paul Taff, of Jacobs' Trading Company; B. Seidl, of Prairie Correctional Facility; Noble, Officer, of Security at Jacobs' Trading Company, of Prairie Correctional Facility, Appellees.

No. 02–3311.

United States Court of Appeals, Eighth Circuit.

Submitted May 21, 2003.

Decided May 23, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Minnesota inmate DeAnthony A. Nash appeals from the district court's * 28 U.S.C. § 1915A(b) dismissal of Nash's civil complaint. Having carefully reviewed the record and Nash's brief, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (§ 1915A dismissal reviewed de novo), we conclude the district court properly dismissed Nash's complaint, and an extended opinion is not warranted.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.